**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00108-CV

## CHARLES R. ALLEN AND JULIE L. ALLEN, Appellant

## V.

## STATE FARM LLOYDS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02015-B**

## ORDER

Before the Court is appellants' motion for second extension of time to file reply brief.

The Court **GRANTS** the motion and **ORDERS** appellants to file their reply brief on or before

December 12, 2016.

/s/    ELIZABETH LANG-MIERS
           JUSTICE